Index # 08 civ. 3338
Purchased/Filed: April 3, 2008

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York                U. S. District Court                Southern Dist. County

Venita Sadler                                                                Plaintiff

against

148 Academy Realty, LLC; et al                                          Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY          )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 45 yrs
Weight: 155 Lbs   Height: 5'5   Sex: Female   Color of skin: White
Hair color: Blonde   Other: _____

_____ Robin Brandow _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ April 10, 2008 _____, at _____ 3:15 pm _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

_____ Summons and Complaint _____ on

_____ 148 Academy Realty, LLC _____, the Defendant in this action, by delivering to and leaving with _____ Donna Christie _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ dollars; That said service was made pursuant to Section _____ LIMITED LIABILITY COMPANY LAW §303 _____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

10th day of _April 2008_

_____
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

_____
Robin Brandow

**Invoice-Work Order #** 0806976