ORIGINAL

Conner, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VENITA SADLER,

-against-

148 ACADEMY REALTY, LLC, CHANDRAKANT
PATEL, STEVEN FABIATOS, et al.
-----------------------------------------------------------x

08 Civ. 3338
Judge Connor
ECF CASE
STIPULATION / ORDER
EXTENDING TIME TO
APPEAR, ANSWER OR
MOVE

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the plaintiff and the defendant 148 ACADEMY REALTY, LLC that the said defendant's time in which to appear, interpose an answer, or make a motion with respect to the plaintiff's Complaint is hereby extended to May 30, 2008.

Dated:   Poughkeepsie, NY
         April 29, 2008

BERGSTEIN & ULLRICH, LLP

By: HELEN G. ULLRICH, Esq.
Attorneys for Plaintiff
15 Railroad Avenue
Chester, New York 10918
845-469-1277

HANIG, HANDEL & SCHUTZMAN,
ATTORNEYS AT LAW, LLP

By: JOEL HANIG, Esq.
Attorneys for Defendant
148 Academy Realty, LLC
22 IBM Road, Suite 210
Poughkeepsie, New York 12601
845-471-7177

SO ORDERED:

Sr. JUDGE WILLIAM C. CONNER

DATED: White Plains, NY
       May 2, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-
COPIES MAILED TO COUNSEL OF RECORD for π
AND MAILED TO ABOVE COUNSEL