**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JACKSON LEWIS LLP
One North Broadway
White Plains, New York 10601
Telephone: (914) 328-0404
    Greg Riolo (GR 1634)
ATTORNEYS FOR DEFENDANT

VENITA SADLER,

                Plaintiff,

      -against-

148 ACADEMY REALTY, LLC, CHANDRAKANT
PATEL, STEVEN FABIATOS, et al,

                Defendant.

08 CIV 3338

## FED. R. CIV. P. 7.1 CERTIFICATION

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures and to enable Judges

and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned

attorneys of record for Defendant 148 Academy Realty, LLC, certify that Defendant does not have

corporate parents, subsidiaries or affiliates.

                JACKSON LEWIS LLP
                One North Broadway, Suite 1502
                White Plains, New York 10601
                (914) 328-0404

By:                _____
                Greg Riolo (GR 1634)
                ATTORNEYS FOR DEFENDANT

Dated:      May 30, 2008
           White Plains, New York

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VENITA SADLER,

                              Plaintiff,

         -against-                                                    08 CIV 3338

148 ACADEMY REALTY, LLC, CHANDRAKANT
PATEL, STEVEN FABIATOS, et al,

                              Defendant.

## CERTIFICATE OF SERVICE

         The undersigned hereby certifies that a true and correct copy of Defendant 148
Academy Realty, LLC's Rule 7.1 Certification has been served via ECF and First Class mail on May
30, 2008 on counsel for Plaintiff at the address set forth below:

                    Stephen Bergstein
                    Bergstein & Ullrich, LLP
                    15 Railroad Avenue
                    Chester, New York 10918
                    *Attorneys for Plaintiff*

                    _____
                    Greg Riolo